Substitute

**ORIGINAL**

Form 2

FILED
JUN 2 6 2014
U.S. COURT OF FEDERAL CLAIMS

**FORM 2.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS

### United States Court of Federal Claims

Case Number **14-182C**

**SANJA LJUTIC**, Plaintiff,

v.     **NOTICE OF APPEAL**

United States, Defendant.

Notice is hereby given that **SANJA LJUTIC** (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the **ORDER OF DISMISSAL** (from the final judgment) ((from an order) (describe the order)) entered in this action on _____, _____ (date).

_Sanja Ljutic_
(Signature of appellant or attorney)

SANJA LJUTIC
SKENDERA KULENOVICA 3
78000 BANJA LUKA, BOSNIA H.
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

110

To:

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUT**

202-275-8000 / 202 275 9678 (FAX)

717 MADISON PLACE, N.W.
WASHINGTON D.C. 20439

From:

Sanja Ljutic

Skendera Kulenovica 3

78000 Banja Luka, Bosna and Hercegovina

Ph. +387 65 967 540

sljutic@outlook.com

## APPEAL

### (Please urgently)

Hereby I want to Appeal to "Order of Dismissal" In The US Court of Federal Claims, CaseNO: 14-182C, (Field: June 10 2014) by Edward J. DAMICH, Senior Judge.

I want to express my deep disappointment for closing such a sensitive case in a very casual way by The US Court of Federal Claims or Edward J. Damich.

Their "Order of Dismissal" encloses several unclear arguments, from defendants (leaning on his Motion to Dismiss) layer and one inaccurate.

I would like to explain again why some of his points are not acceptable for this case, as well as to make my claim more clear. <u>This claim is coming out from my hard work (and not just my) and research for long time.</u>

1

I am going clarify and substantiate statement above.

<u>First Ljutic "brings multiple grievance against president Obama of the United States none of which contain any factual information."</u>

There are charts and numbers of stocks to confirm all happenings in past 15-20 year. To confirm everything what was happening. For those less knowledgeable about stocks, we all know how hard US was hit around 2000 and later.

I almost believe that President Obama will agree with proceeding of this case despite his Motion to Dismiss.

<u>Further "In Order for Dismissal" says about Tucekr Act:</u>

President Bark Obama was sure that he can enrich himself by taking advantage of Bosnians or particular me (and my family), when I came to USA, that is how he has become President. (This, I think entitles me for monetary damages). Because of this I wasn't able to keep any job, and had to go back to Bosnia. I was in USA 1998-2010.

(I must no tell that everything happened and happening under Jewish control of markets and stocks).

But I hope and I know that impeaching President Obama, is <u>going to be a necessary and first good thing after a long time for this country.</u>

When forming new government, I could probably help because everything is about stocks and markets .

<u>Regarding motion to dismiss under rule 12(b)(1):</u>

Fact is about huge amount of money. Wall Street, (micro and macro management) - and US is under attack. Including small people, workers, are not are able to manage others or self, personal life is specially affected. President Barak Obama, especially suppresses this management. His behavior shows that all this management should coming from Bosnia (what is currently happening under Jewish control) and not form Wall Street.

That is why I have returned to Bosnia. I lived in the USA 1998-2010.

2

Regarding me asking Judge to live in United States illegally is not true. I have US Passport.

But what I have asked from Judge is some kind of Immunity or Witness Protection (affected are US thus Government interests to), for help to come there, I would probably need layer, this case is of big importance.

And again this case is of big importance for USA, but for the rest the of the world to.

Thus I ask Curt to review and urgently reopen case. Every lost day, by not solving this problem costs money and lives thus I (I have great help from Wall Street, they have same problem) **PLEDGE, FOR URGENCY.**

Sanja Ljutic,

Banja Luka, June 23, 2014

Enclosed: Passport copy

3